UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:19-CR-139 |
| ) | |
| LAWRENCE R. MURRAY ) | |
| ) | |

## ORDER

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation, recommending that the Court: (1) find that the plea hearing in this case could not be further delayed without serious harm to the interests of justice; (2) grant Defendant's motion to withdraw his not guilty pleas to Counts Three, Four, Five, Six, Seven, Nine, Eleven, Thirteen, and Fifteen of the Indictment; (3) accept Defendant's pleas of guilty to Counts Three, Five, Seven, Nine, Eleven, Thirteen, and Fifteen of the Indictment, that is, of Hobbs Act Robbery, in violation of 18 U.S.C. § 1951, and Counts Four and Six of the Indictment, that is, of brandishing a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c); (4) adjudicate Defendant guilty of the charges set forth in Counts Three, Four, Five, Six, Seven, Nine, Eleven, Thirteen, and Fifteen of the Indictment; and (5) find that Defendant shall remain in custody until sentencing in this matter [D. 22]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the

Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [D. 22] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) As set forth on the record, Defendant's plea hearing could not be further delayed without serious harm to the interests of justice;

(2) Defendant's motion to withdraw his not guilty pleas to Counts Three, Four, Five, Six, Seven, Nine, Eleven, Thirteen, and Fifteen of the Indictment is **GRANTED**;

(3) Defendant's pleas of guilty to Counts Three, Five, Seven, Nine, Eleven, Thirteen, and Fifteen of the Indictment, that is, of Hobbs Act Robbery, in violation of 18 U.S.C. § 1951, and Counts Four and Six of the Indictment, that is, of brandishing a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c), are **ACCEPTED**;

(4) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts Three, Four, Five, Six, Seven, Nine, Eleven, Thirteen, and Fifteen of the Indictment;

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **October 26, 2020 at 10:00 a.m. in Knoxville** before the Honorable Pamela L. Reeves, Chief United States District Judge.

**SO ORDERED.**

**ENTER:**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**